UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** $\partial/\partial \eta /\partial \circ$ .

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
CHARITY FUND and THE NEW YORK
CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION,

No. 17-CV-5210 (RA)

Plaintiffs,

ORDER

v.

SHORECON-NY, INC. AND WASHINGTON
INTERNATIONAL INSURANCE
COMPANY,

Defendants.

---

RONNIE ABRAMS, United States District Judge:

On January 21, 2020, Plaintiffs requested a certificate of default against Defendant Shorecon-

NY, Inc. from the Clerk of Court. Dkt. 49. On January 22, the Clerk of Court entered the certificate

of default. Dkt. 51. Plaintiffs, however, have not filed a motion for default judgment pursuant to

Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). If Plaintiffs still intend to

seek a default judgment against Defendant Shorecon-NY, Inc., Plaintiffs must do so in accordance

with this Court's individual rules, as provided in Attached A, no later than March 10, 2020.

SO ORDERED.

Dated:        February 27, 2020
              New York, New York

Ronnie Abrams
United States District Judge