UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS RELIEF AND CHARITY FUND, AND THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, <br><br> Plaintiffs, <br><br> -against- <br><br> SHORECON-NY, INC. and WASHINGTON INTERNATIONAL INSURANCE COMPANY, <br><br> Defendants. | 17 CV 5210 (RA) <br><br> **DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendant SHORECON-NY, INC. ("SHORECON"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declarations of Marlie Blaise and William Davidian of Default Judgment,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of Shorecon, the Defendant, with its principal place of business, upon information and belief, located at 2608-2610, Route 88, East Suite 4, Point Pleasant New Jersey 08742 in the amount of $ __48,637.64__, consisting of amounts owed in connection with Shorecon's work on the Build It Back Brooklyn project as follows: (1) the liquidated damages of $6,031.83, (2) the audit costs of $3,400, (3) attorneys' fees and costs of $39,205.81; (4) post judgment interest at the statutory rate; and (5) such further legal,

equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

_____

Hon. Ronnie Abrams, U.S.D.J.

This document was entered on the docket on

July 28, 2020

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
July 28, 2020

-2-